**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: AVEO Pharmaceuticals, Inc. Securities Litigation<br><br>This Document Relates To:<br>    ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civ. A. No. 1:13-cv-11157-DJC |

## NOTICE OF APPEARANCE

Please enter my appearance for Defendants AVEO Pharmaceuticals, Inc., Tuan Ha-Ngoc, David B. Johnston, William Slichenmyer, and Ronald DePinho in the above referenced matter.

                                            Respectfully submitted,

                                            */s/ Alexandra B. Bonneau*
                                            Alexandra B. Bonneau (BBO #687785)
                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                            60 State Street
                                            Boston, Massachusetts 02109
                                            Tel: (617) 526-6000
                                            Fax: (617) 526-5000
                                            E-mail: alexandra.bonneau@wilmerhale.com

Dated:  July 14, 2015

## CERTIFICATE OF SERVICE

     I, Alexandra B. Bonneau, hereby certify that this notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              */s/ Alexandra B. Bonneau*
                                              Alexandra B. Bonneau