# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: AVEO Pharmaceuticals, Inc. Securities Litigation <br><br> This Document Relates To: <br>     ALL ACTIONS. | Civ. A. No. 1:13-cv-11157-DJC |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Lead Plaintiffs Robert Levine and William Windham ("Plaintiffs"), by their attorneys and pursuant to Rule 23 of the Federal Rules of Civil Procedure, hereby move this Court to certify the following class:

> All persons or entities who purchased or acquired shares of AVEO or the Company common stock (ticker symbol AVEO) between May 16, 2012 and May 1, 2013, both dates inclusive (the "Class Period"). Excluded from the Class are (1) Defendants and their immediate families, (2) any entity in which Defendants have or had a controlling interest, (3) current and former officers, directors and employees of AVEO, and (4) the legal representatives, heirs, successors, or assigns of any excluded party.

Plaintiffs also seek appointment as Class Representatives and the appointment of Pomerantz LLP ("Pomerantz") as Class Counsel and Shapiro Haber & Urmy LLP as Liaison Counsel for the Class.

For the reasons set forth in the accompanying Memorandum of Law and Declaration of Joshua B. Silverman, all of the requirements for class certification under Federal Rule of Civil Procedure 23(a) and 23(b)(3) are satisfied, and the motion should be allowed.

DATED: June 29, 2017                    Respectfully submitted,


/s/ *Adam M. Stewart*
Edward F. Haber (BBO #215620)
Adam M. Stewart (BBO #661090)
**SHAPIRO HABER & URMY LLP**
Seaport East
Two Seaport Lane
Boston, MA 02210
Tel. (617) 439-3939
Fax (617) 439-0134

**POMERANTZ LLP**
Patrick V. Dahlstrom, *pro hac vice*
Joshua B. Silverman, *pro hac vice*
Louis C. Ludwig, *pro hac vice*
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile:  312-377-1184

*Counsel for Lead Plaintiffs and the Class*


### Local Rule 7.1 Certification

I, Joshua B. Silverman, certify that I consulted with opposing counsel on multiple occasions between April 2017 and June 28, 2017, and attempted, in good faith, to resolve or narrow the issues that are the subject of this Motion before this Motion was filed and those efforts were unsuccessful.


/s/ *Joshua B. Silverman*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on this June 29, 2017.

/s/ *Adam M. Stewart*_____
Adam M. Stewart