**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

—————————————————————————

In re AVEO Pharmaceuticals, Inc. Securities
Litigation

—————————————————————————

This document relates to: All Actions

—————————————————————————

)
)
)
)
)
)
)
)
)
)
)

No. 1:13-cv-11157-DJC

**CLASS ACTION**

Hon. Denise J. Casper

**NOTICE OF SETTLEMENT**

Lead Plaintiffs and Class Representatives Robert Levine and William Windham ("Lead

Plaintiffs"), and Defendants AVEO Pharmaceuticals, Inc., Tuan Ha-Ngoc, David Johnston, and

William Slichenmyer (collectively with Lead Plaintiffs, "the Parties"), by their undersigned

counsel, hereby inform the Court that they have reached an agreement to settle this action in its

entirety.  The Parties are in the process of documenting the settlement, after which Lead

Plaintiffs will file a motion for preliminary approval.  In light of the settlement, the Parties

respectfully request that the Court stay all proceedings herein.

Dated:  December 27, 2017
        Boston, Massachusetts

/s/ Joshua B. Silverman
Patrick V. Dahlstrom
Joshua B. Silverman
Louis C. Ludwig
POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Tel. (312) 377-1181
Fax (312) 377-1184
pdahlstrom@pomlaw.com
jbsilverman@pomlaw.com
lcludwig@pomlaw.com

**Lead Counsel**

Edward F. Haber (BBO #215620)
Adam M. Stewart (BBO #661090)
SHAPIRO HABER & URMY LLP
Seaport East
Two Seaport Lane
Boston, MA 02109
Tel. (617) 439-3939
ehaber@shulaw.com
astewart@shulaw.com

**Liaison Counsel**

Counsel for Lead Plaintiffs Robert Levine
and William Windham

Respectfully submitted,

/s/ Eric D. Wolkoff
William H. Paine (BBO #550506)
Michael G. Bongiorno (BBO #545202)
Eric D. Wolkoff (BBO #679566)
Jessica R. Lisak (BBO #680207)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel. (617) 526-6000
Fax (617) 526-5000
william.paine@wilmerhale.com
michael.bongiorno@wilmerhale.com
eric.wolkoff@wilmerhale.com
jessica.lisak@wilmerhale.com

Counsel for Defendants AVEO Pharmaceuticals,
Inc., Tuan Ha-Ngoc, David Johnston, and William
Slichenmyer

ActiveUS 165993986v.1

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading was filed electronically through the Court's electronic filing system and that notice of this filing will be sent to all counsel of record in this matter by operation of the Court's ECF system.

Dated: December 27, 2017

/s/ Adam M. Stewart
Adam M. Stewart

ActiveUS 165993986v.1