# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: AVEO Pharmaceuticals, Inc. Securities Litigation ) ) ) ) | Civ. A. No. 1:13-cv-11157-DJC |
| ) | |
| This Document Relates To: ) ALL ACTIONS. ) ) ) | Hon. Denise J. Casper |
| ) | **CLASS ACTION** |

## CLASS PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF SETTLEMENT

Class Representatives and Lead Plaintiffs Robert Levine and William Windham ("Class Plaintiffs"), by their attorneys, individually and on behalf of themselves and all others similarly situated, move this Court for preliminary approval of the proposed Settlement and Class notice. As is more fully set forth in the Memorandum of Law filed herewith, Class Plaintiffs state as follows:

1. The proposed Settlement meets the standards for preliminary approval;

2. The factors considered by Courts in this Circuit to determine for preliminary purposes whether a settlement is fair are all satisfied;

3. The proposed notice program is appropriate; and

4. Defendants do not oppose the relief sought herein.

WHEREFORE, Class Plaintiffs respectfully request that the Court grant preliminary approval and enter the [Proposed] Order for Notice and Hearing attached to the Stipulation of Settlement dated January 29, 2018 as Exhibit A.

DATED: February 2, 2018                 Respectfully submitted,


                                        /s/ *Adam M. Stewart*_____
                                        Edward F. Haber (BBO #215620)
                                        Adam M. Stewart (BBO #661090)
                                        **SHAPIRO HABER & URMY LLP**
                                        Seaport East
                                        Two Seaport Lane
                                        Boston, MA 02109
                                        Tel. (617) 439-3939
                                        Fax (617) 439-0134

                                        **POMERANTZ LLP**
                                        Patrick V. Dahlstrom, *pro hac vice*
                                        Joshua B. Silverman, *pro hac vice*
                                        Louis C. Ludwig, *pro hac vice*
                                        10 South LaSalle Street, Suite 3505
                                        Chicago, IL 60603
                                        Telephone: 312-377-1181
                                        Facsimile:  312-377-1184


                                        ***Counsel for Lead Plaintiffs and the Class***



### CERTIFICATE OF SERVICE

I hereby certify that the above document was filed electronically through the Court's electronic filing system and that notice of this filing will be sent to all counsel of record in this matter by operation of the Court's ECF system.

Dated: February 2, 2018                 /s/ *Adam M. Stewart*_____
                                        Adam M. Stewart