# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: AVEO Pharmaceuticals, Inc. Securities Litigation<br><br>This Document Relates To:<br>    ALL ACTIONS. | Civ. A. No. 1:13-cv-11157-DJC<br><br>Hon. Denise J. Casper<br><br>**CLASS ACTION** |

## CLASS PLAINTIFFS' MOTION FOR
## FINAL APPROVAL OF SETTLEMENT

Class Representatives and Lead Plaintiffs Robert Levine and William Windham ("Class Plaintiffs"), individually and on behalf of themselves and all others similarly situated, move this Court for final approval of the proposed settlement of this securities class action between Class Plaintiffs and Defendants AVEO Pharmaceuticals, Inc., Tuan Ha-Ngoc, William Slichenmyer, and David Johnston. In support of this motion, Class Plaintiffs rely upon their contemporaneously-filed Memorandum of law.

WHEREFORE, Class Plaintiffs respectfully request that the Court grant Final Approval of the Settlement of the Action and the Plan of Allocation as fair, reasonable, and adequate and enter the proposed order of Final Approval attached hereto as Exhibit A.

DATED: May 9, 2018                                   Respectfully submitted,


                                                     */s Adam M. Stewart*
                                                     Edward F. Haber (BBO #215620)
                                                     Adam M. Stewart (BBO #661090)
                                                     **SHAPIRO HABER & URMY LLP**
                                                     Seaport East
                                                     Two Seaport Lane
                                                     Boston, MA 02109
                                                     Tel. (617) 439-3939
                                                     Fax (617) 439-0134
                                                     ehaber@shulaw.com
                                                     astewart@shulaw.com


                                                     **POMERANTZ LLP**
                                                     Patrick V. Dahlstrom, *pro hac vice*
                                                     Joshua B. Silverman, *pro hac vice*
                                                     Louis C. Ludwig, *pro hac vice*
                                                     10 South LaSalle Street, Suite 3505
                                                     Chicago, IL 60603
                                                     Telephone: 312-377-1181
                                                     Facsimile:  312-377-1184
                                                     pdahlstrom@pomlaw.com
                                                     jbsilverman@pomlaw.com
                                                     lcludwig@pomlaw.com

                                                     *Class Counsel*


                        **Local Rule 7.1 Certification**

       I hereby certify that Class Counsel conferred with counsel for Defendants in a good faith effort to resolve the issues raised by this motion, and Defendants have indicated they do not oppose the motion.

                                                     */s/ Adam M. Stewart*
                                                     Adam M. Stewart

2

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on this May 9, 2018.

                */s/ Adam M. Stewart*
                Adam M. Stewart