# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: AVEO Pharmaceuticals, Inc. Securities Litigation | ) ) ) Civ. A. No. 1:13-cv-11157-DJC ) |
| This Document Relates To: ALL ACTIONS. | ) Hon. Denise J. Casper ) ) ) **CLASS ACTION** ) |

## CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND COMPENSATORY AWARD FOR CLASS PLAINTIFFS

Court-appointed Class Counsel Pomerantz LLP and Shapiro Haber & Urmy LLP (collectively, "Class Counsel"), move this Court for entry of an Order awarding Class Counsel thirty percent (30%) of the cash and warrants constituting the Gross Settlement Fund, plus reimbursement of $338,085.72 of litigation expenses, and awarding $5,000 each to Class Plaintiffs Robert Levine and William Windham. In support of this motion, Class Counsel rely upon their contemporaneously-filed Memorandum of law.

WHEREFORE, Class Counsel respectfully request that the Court grant their Motion for An Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Compensatory Award for Class Plaintiffs and enter the proposed order of Final Approval submitted herewith.

DATED: May 9, 2018                                     Respectfully submitted,


                                                       */s Adam M. Stewart*
                                                       Edward F. Haber (BBO #215620)
                                                       Adam M. Stewart (BBO #661090)
                                                       **SHAPIRO HABER & URMY LLP**
                                                       Seaport East
                                                       Two Seaport Lane
                                                       Boston, MA 02109
                                                       Tel. (617) 439-3939
                                                       Fax (617) 439-0134
                                                       ehaber@shulaw.com
                                                       astewart@shulaw.com


                                                       **POMERANTZ LLP**
                                                       Patrick V. Dahlstrom, *pro hac vice*
                                                       Joshua B. Silverman, *pro hac vice*
                                                       Louis C. Ludwig, *pro hac vice*
                                                       10 South LaSalle Street, Suite 3505
                                                       Chicago, IL 60603
                                                       Telephone: 312-377-1181
                                                       Facsimile:  312-377-1184
                                                       pdahlstrom@pomlaw.com
                                                       jbsilverman@pomlaw.com
                                                       lcludwig@pomlaw.com

                                                       *Class Counsel*


**Local Rule 7.1 Certification**

    I hereby certify that Class Counsel conferred with counsel for Defendants in a good faith effort to resolve the issues raised by this motion, and Defendants have indicated they do not oppose the motion.

                                                       */s/ Adam M. Stewart*
                                                       Adam M. Stewart

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on this May 9, 2018.

                                              */s/ Adam M. Stewart*
                                              Adam M. Stewart